No. 690. CARABBIA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *John F. Ray, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 685. UNGAR *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Morton Liftin* for petitioner. *John G. Bonomi* for respondent.

No. 693. DeCOSTA *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 1st Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS are of the opinion that certiorari should be granted. *Eugene Gressman* for petitioner. *Eugene L. Girden, Knight Edwards* and *Roland R. Lagueux* for respondents.

No. 181, Misc. LEONTI *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Irving Tenenbaum* for petitioner. *William Cahn* for respondent.

No. 366, Misc. ORR *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Isidore Dollinger* and *Daniel J. Sullivan* for respondent.

No. 607, Misc. WHITE *v.* LANE, WARDEN. C. A. 7th Cir. Certiorari denied.